**PENTAIR WATER POOL AND SPA, INC., Danfoss Low Power Drives, Appellants**

v.

**HAYWARD INDUSTRIES, INC., Appellee.**

No. 2015–1408.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2016.

Mark Boland, Sughrue Mion, PLLC, Washington, DC, argued for appellants. Also represented by Raja N. Saliba, Grant Simon Shackelford.

Steven Halpern, McCarter & English, LLP, Newark, NJ, argued for appellee. Also represented by Mark Anania, Scott S. Christie, Mark Nikolsky, Elina Slavin.

PROST, Chief Judge, REYNA and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**